IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Chapter 13 |
| **Damen  Collins** | : |
| | : |
| | : |
| | :  Bankruptcy Case No:   18-10228MDC |

### PRAECIPE  TO WITHDRAW

TO THE COURT:

On behalf of the Debtor, please withdraw the Proposed Order to Retain Jurisdiction for Fee Application filed with the court on October 23, 2018 at Docket No. 34.

Dated:  October 24, 2018                                    */s/ Brad J. Sadek*

                                                                    Brad J. Sadek, Esquire
                                                                    Counsel for Debtor