United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10228-mdc
Damen Collins                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Oct 25, 2018
                      Form ID: pdf900    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
```
db              +Damen Collins,    941 Flanders Road,    Philadelphia, PA 19151-3011
14039408        +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14039412        +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
14046123        +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
14075516        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                  Harrisburg, PA 17101-1406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:56      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2018 02:37:30
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2018 02:37:44      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2018 02:39:25      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14161796         E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:56      City of Philadelphia,
                  Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
14039406        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2018 02:39:37      Capital One,
                  Po Box 30253,    Salt Lake City, UT 84130-0253
14039407        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2018 02:39:37      Capital One,
                  Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14039409        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 26 2018 02:39:27      Credit One Bank Na,
                  Po Box 98873,    Las Vegas, NV 89193-8873
14039410        +E-mail/Text: electronicbkydocs@nelnet.net Oct 26 2018 02:37:37      Dept Of Ed/582/nelnet,
                  Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
14039414         E-mail/Text: shawnaj@fmfcu.org Oct 26 2018 02:37:07      Franklin Mint Fcu Il,
                  5 Hillman Dr Ste 100,    Chadds Ford, PA 19317
14076718         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2018 02:39:40
                  LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                  FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14061027        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2018 02:37:34      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
14039416        +E-mail/Text: blegal@phfa.org Oct 26 2018 02:37:37      PA Housing Finance Agency,    Po Box 8029,
                  Harrisburg, PA 17105-8029
14039751        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 02:39:39
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14064692        +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 26 2018 02:37:41      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14043990         E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2018 02:37:18
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14072312         E-mail/Text: appebnmailbox@sprint.com Oct 26 2018 02:37:33      Sprint Corp,
                  Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
14039417        +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2018 02:39:50      Syncb/Lord & Taylor,
                  Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14053298        +E-mail/Text: electronicbkydocs@nelnet.net Oct 26 2018 02:37:37
                  US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                  Lincoln, NE 68508-1911
14039418        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 26 2018 02:37:07
                  Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 20

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14039411*       +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
14039415*      ++FRANKLIN MINT FCU SHAWNA JONOVIC,    ATTN CREDIT SOLUTIONS,    5 HILLMAN DRIVE,    SUITE 100,
                  CHADDS FORD PA 19317-9752
                (address filed with court: Franklin Mint Fcu Il,    5 Hillman Dr Ste 100,
                  Chadds Ford, PA 19317)
14039413*       +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
14039419*       +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                  Weldon Springs, MO 63304-2225
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Oct 25, 2018
                              Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Damen  Collins brad@sadeklaw.com,  bradsadek@gmail.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Damen Collins, | : | |
| Debtor. | : | Bankruptcy No.   18-10228-MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.   All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.   Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:  October 25, 2018

                                            MAGDELINE D. COLEMAN
                                            UNITED STATES BANKRUPTCY JUDGE

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107