IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
|    Damen Collins | : | |
| | : | |
| | : | Case No.: 18-10228MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 23 and 40.

Dated: November 19, 2018        /s/ Brad J. Sadek, Esquire
                                                  Brad J. Sadek, Esquire
                                                  Sadek and Cooper
                                                  "The Philadelphia Building"
                                                  1315 Walnut Street, #502
                                                  Philadelphia, PA 19107
                                                  215-545-0008